NUMBER 13-08-00620-CR



COURT OF APPEALS



THIRTEENTH DISTRICT OF TEXAS



CORPUS CHRISTI - EDINBURG


____________________________________________________________

 


FLORENCE MARIE BAILEY, Appellant,


v.



THE STATE OF TEXAS, Appellee.


____________________________________________________________


On Appeal from the County Court at Law


of Aransas County, Texas.


____________________________________________________________


MEMORANDUM OPINION



Before Chief Justice Valdez, Justices Yañez and Benavides 


Memorandum Opinion Per Curiam



 Appellant, Florence Marie Bailey, by and through her attorney, has filed a motion
to dismiss her appeal because she no longer desires to prosecute it. See Tex. R. App. P.
42.2(a). Without passing on the merits of the case, we grant the motion to dismiss
pursuant to Texas Rule of Appellate Procedure 42.2(a) and dismiss the appeal. Having
dismissed the appeal at appellant's request, no motion for rehearing will be entertained,
and our mandate will issue forthwith.

 PER CURIAM


Do not publish. See Tex. R. App. P. 47.2(b). 

Memorandum Opinion delivered and 

filed this the 22nd day of January, 2009.